# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  2:14-CR-119-JCM-CWH-1 |
| vs. ) | **ORDER** |
| DANIEL PILGRIM, JR., ) | |
| Defendant. ) | |

Presently before the Court is Defendant's Motion To Withdraw as Counsel of Record (ECF No. 43).  For the reasons stated in the Motion, it is ORDERED that the Motion to Withdraw as Counsel is GRANTED.

IT IS FURTHER ORDERED that per Defendant's request, the Abridged Motion to Vacate (ECF No. 42) is VACATED.

DATED: July 11, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**