RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Daniel Pilgrim

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL PILGRIM, JR.,<br><br>  Defendant. | Case No. 2:14-CR-119-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Daniel Pilgrim, Jr., that the Revocation Hearing currently scheduled on July 20, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Pilgrim has a pending petition alleging a violation of his federal supervision. The alleged violation is a new crime which is currently pending in state court. The parties wish to continue the hearing regarding Mr. Pilgrim's revocation of supervision in order to determine whether it would be appropriate to reach a global resolution as to the new charge and the alleged violation.

2. Since the state proceeding is inexorably linked to the allegations contained in the petition, the parties agree to the need for continuance.

3. Therefore, a 60 day continuance is requested to allow Mr. Pilgrim sufficient time to determine whether a global resolution can be reached.

4. Defendant is incarcerated, but does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By _/s/ Paul D. Riddle_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By _/s/ Daniel J. Cowhig_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL PILGRIM, JR.,<br><br>　　　　Defendant. | Case No. 2:14-CR-119-JCM-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday July 20, 2018 at 10:00 a.m., be vacated and continued to October 1, 2018 at the hour of 10:30 a.m.; or to a time and date convenient to the court.

　　DATED this 20th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE